1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11   JUDITH C. MAY,                  )
                                     )
12              Plaintiff(s),        )        No. C 09-3460 BZ
                                     )
13        v.                         )
                                     )        **ORDER DENYING APPLICATION TO**
14   MARIN COUNTY SUPERIOR COURT,)            **PROCEED *IN FORMA PAUPERIS***
     et al.,                         )
15                                   )
                Defendant(s).        )
16   _____)

17        Having reviewed plaintiff's in forma pauperis

18   application, it is **DENIED** since it appears that plaintiff has

19   $15,000 in cash and can afford to pay the $350.00 filing fee

20   and related costs.

21        **IT IS FURTHER ORDERED** that the plaintiff shall pay the

22   filing fee of $350.00 no later than **September 7, 2009.**

23   Failure to pay the filing fee by that date will result in

24   dismissal of the above-entitled action without prejudice.   The

25   plaintiff is hereby apprised of her responsibility to serve

26   the complaint and any amendments, scheduling orders and

27   attachments, pursuant to Rule 4, Federal Rules of Civil

28   Procedure.   Plaintiff has a continuing obligation to keep the

                               1

1  Court informed of her current address.  Failure to do so may

2  result in dismissal of this action.

3      In deciding whether to pay the filing fee, plaintiff

4  should be aware of the following:

5      1.   State court judges are ordinarily immune from suit

6  for actions taken in their official capacity.  See

7  Marlis v. Waco, 502 U.S. 9, 11 (1991).

8      2.   This Court does not have jurisdiction to hear an

9  appeal of a state court ruling.  See Exxon Mobil Corp. v.

10 Saudi Basic Indus. Corp., 544 U.S. 280, 284 (2005); Worldwide

11 Church of God v. McNair, 805 F.2d 888, 890-91 (9th Cir. 1986).

12     3.   Only civil actions can be removed to federal court.

13 See 28 U.S.C. § 1441(a).

14     4.   Attached is information about the Volunteer Legal

15 Services Program's Legal Help Center for pro se litigants.

16 The court suggests that plaintiff make an appointment with the

17 Center.

18 Dated: August 10, 2009

19                              _____

20                              Bernard Zimmerman
                                United States Magistrate Judge

21

   G:\BZALL\-BZCASES\MAY v. CITY OF SF\ORDER DENYING IFP APPLIC.wpd

22

23

24

25

26

27

28

2

**Do you need help representing yourself in a federal court case?**

---

*vlsp* | VOLUNTEER LEGAL SERVICES PROGRAM
| *of The Bar Association of San Francisco*

# Legal Help Center

**450 Golden Gate Avenue, 15th Floor, Room 2796
San Francisco, CA  94102**

---

If you are representing yourself (or are thinking about filing a case) in the United States District Court for the Northern District of California, you may speak with a lawyer at the Legal Help Center. **There is no fee for this service.** The lawyer can give you:

- information and help you understand the federal court processes and procedures that you need to follow;
- explanations of court orders and other paperwork;
- answers to your legal questions; and
- referrals to appropriate legal, social, and government services.

Help is provided **by appointment only**. To make an appointment, either sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the federal courthouse in San Francisco, Room 2796 or call (415) 782-9000, extension 8657.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you. We can not provide a translator.

**If you seek help from the Center, <u>you will still represent yourself</u>. The lawyer at the Center can not be your lawyer.**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUDITH C. MAY,

                Plaintiff,

v.

SAN RAFAEL CITY OF et al,

                Defendant.

_____/

Case Number: CV09-03460 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2009, I SERVED a true and correct copy(ies) of an ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith C. May
4524 Barnes Avenue, Apt. 1A
Bronx, NY 10466

Dated: August 11, 2009

Richard W. Wieking, Clerk

By: Ada Yiu, Deputy Clerk