UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH C. MAY, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C09-3460 BZ |
| | ) | |
| v. | ) | **ORDER RE: SERVICE OF AMENDED** |
| | ) | **COMPLAINT** |
| MARIN COUNTY SUPERIOR COURT, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Having granted plaintiff Judith May's ("plaintiff") *in forma pauperis* application (*see* Docket. No. 6) and having received plaintiff's amended complaint, the Marshal shall serve plaintiff's amended complaint.

It is so **ORDERED**.

Dated: September 10, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MAY v. CITY OF SAN RAFAEL\ORD DIRECTING SERVICE.wpd

1