UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH C. MAY, <br><br>            Plaintiff(s), <br><br>     v. <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br>            Defendant(s). | No. C 09-3460 BZ <br><br> **ORDER TO SHOW CAUSE AND SCHEDULING ORDER** |

On July 28, 2009, an Order Setting Initial Case Management Conference for November 16, 2009 was entered. Due to the Court's unavailability on that date, it was continued to November 30, 2009. Neither plaintiff nor defendant California Highway Patrol appeared as scheduled. Nor was a joint case management statement filed. **IT IS THEREFORE ORDERED** as follows:

1. By **December 15, 2009**, each party shall show cause **in writing** why that party did not appear as scheduled and why that party should not be sanctioned under Rule 16(f) for the failure.

2. Defendants have filed a motion to dismiss. Plaintiff

1

shall file her opposition by **December 18, 2009**.  Any reply shall be filed by **December 29, 2009**.

    3.   The Court will hear the Order To Show Cause on **January 20, 2010** along with defendants' motion.  If any part of the motion to dismiss is denied, the Court will set a new case management date.

Dated: December 1, 2009

                                        _/s/ Bernard Zimmerman_
                                        Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\MAY V. CALIF HIGHWAY PATROL\ORDER TO SHOW CAUSE.wpd