UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH C. MAY, | ) | |
| Plaintiff, | ) | No. C09-3460 BZ |
| v. | ) | **ORDER FOR REASSIGNMENT** |
| CALIFORNIA HIGHWAY PATROL, et al., | ) | |
| Defendant. | ) | |

In view of the Report and Recommendation dated January 14, 2010, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: January 14, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MAY V. CALIF HIGHWAY PATROL\REASSIGNMENT.ORD.wpd

1