UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH C. MAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL,<br>et al.,<br><br>　　　　Defendant. | No. C09-3460 BZ<br><br>**ORDER FOR REASSIGNMENT** |

　　In view of the Report and Recommendation dated January 14, 2010, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: January 14, 2010

　　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\MAY V. CALIF HIGHWAY PATROL\REASSIGNMENT.ORD.wpd

1